## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **JAYNE BENNETT WILNER,** | ) |
| | ) |
| **Plaintiff** | ) |
| v. | )   No. 2:11-cv-21-GZS |
| | ) |
| **MICHAEL J. ASTRUE,** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
| **Defendants** | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 13) filed January 26, 2012, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Decision of the Commissioner is **AFFIRMED.**

                                                                       /s/ George Z. Singal
                                                                       United States District Judge

Dated this 14th day of February, 2012.